UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CATHY M. SABOURIN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:10-CV-135 CAS |
| THE LAW OFFICES OF JAY B. UMANSKY, P.C., | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Upon review of the Court file, the Court notes there has been no activity in this action since the filing of the return of proof of service upon defendant Law Offices of Jay B. Umansky, P.C. on January 29, 2010, which states that defendant was served on January 29, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file separate motions for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) and for default judgment under Rule 55(b), supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.[1]

---

[1] In addition to being electronically filed as .pdf attachments to the motions for default, a courtesy copy of all proposed orders should be sent in a word processing format to the Court's proposed orders e-mail inbox, at MOED_Proposed_Orders@moed.uscourts.gov. See Administrative Procedures for Case Management/Electronic Case Filing, § II. J.

**Failure to comply with this order may result in dismissal of this matter without prejudice.**

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  1st  day of March, 2010.